1  JAMES A. GOODMAN, State Bar No. 89715
   ROKSANA GHODSIAN, State Bar No. 209640
2  EPSTEIN BECKER & GREEN, P.C.
   1875 Century Park East, Suite 500
3  Los Angeles, California 90067-2506
   Telephone: 310.556.8861
4  Facsimile: 310.553.2165
   Email: jgoodman@ebglaw.com
5  Email: rghodsian@ebglaw.com

6  Attorneys for Defendants/Counterclaimants
   AXA ADVISORS, LLC and AXA EQUITABLE
7  LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK SUSSMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>AXA ADVISORS, LLC; and DOES 1 through 50, Inclusive,<br><br>            Defendants.<br><br>AXA ADVISORS, LLC, a Delaware Limited Liability Corporation; and AXA EQUITABLE LIFE INSURANCE COMPANY, a New York corporation,<br><br>            Counterclaimants,<br><br>    v.<br><br>ERIK SUSSMAN, an individual; and CHOICE FINANCIAL PROFESSIONALS, INC., a California corporation<br><br>            Counterdefendants. | CASE NO. CV 05-1227 SJO (CWx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIM WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) and (c) [AND PROPOSED ORDER]**<br><br>Priority ___<br>Send ✓<br>Enter ___<br>Closed ✓<br>JS-5/JS-6 ✓<br>JS-2/JS-3 ___<br>Scan Only ___ |

TO THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT COURT JUDGE:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a) and (c), Counterclaimants AXA Advisors, LLC and AXA Equitable Life Insurance Company (collectively "Counterclaimants") and Counterdefendants Erik Sussman and Choice Financial Professionals, Inc. (collectively "Counterdefendants"), by and through their respective counsel of record, hereby stipulate to the dismissal of Counterclaimants' Counterclaim in its entirety against Counterdefendants with prejudice. Counterdefendants further stipulate that they shall not file any claim for malicious prosecution, abuse of process or any other related claim arising out of Counterclaimants' Counterclaim, and that the Counterclaimants and Counterdefendants shall each bear their own costs and attorney fees.

DATED: March 20, 2006            McNICHOLAS & McNICHOLAS, LLP

By: _____
JOHN P. McNICHOLAS
Attorneys for Counterdefendants
ERIK SUSSMAN and CHOICE
FINANCIAL PROFESSIONALS, INC.

DATED: March 20, 2006            EPSTEIN BECKER & GREEN, P.C.

By: _____
JAMES A. GOODMAN
ROKSANA GHODSIAN
Attorneys for Counterclaimants
AXA ADVISORS, LLC and AXA
EQUITABLE LIFE INSURANCE
COMPANY

- 2 -

1 | ORDER
2 |
3 | The Court having read and considered the stipulation of counsel and
4 | good cause appearing IT IS SO ORDERED.
5 |
6 | DATED: 3/22/06
7 | THE HONORABLE S. JAMES OTERO
   | UNITED STATES DISTRICT JUDGE